Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Poof-Slinky, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POOF-SLINKY, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> MARVEL, *et al.*, <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9403 (ER)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Poof-Slinky, LLC ("Poof" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants qeyg, richmond, rkhgfd, sacramento, sunrongjie, tangxinxin, weiyanb, xiaohuinanzhuangdian, xiamingnanzhuang, xiaoxuedejia, xixiABC, xuqian520, yayal11, yey, yuhaiyan, zhangjianhong, zhangmenyuan, zhuyongqiang and zjiayi in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: January 22, 2020

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Poof-Slinky, LLC*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2020.

_____
Judge Edgardo Ramos
United States District Judge

2